UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:
**BONNIE ANNETTE GOTTLEBER**  Case No. 18-21288-dof
                               Chapter 13
                               Judge **OPPERMAN**
Debtor.
_____/

# ORDER ALLOWING DEBTORS TO ENTER INTO PERMANENT MORTGAGE LOAN MODIFICATION WITH WELLS FARGO BANK, N.A.

**THIS MATTER COMES** before the Court on the Stipulation of the Debtor, Bonnie Annette Gottleber, Creditor, Wells Fargo Bank, N.A., and the Standing Chapter 13 Trustee, Thomas McDonald, for entry of an Order Allowing Debtors to Enter Into Permanent Mortgage Loan Modification with Creditor, Wells Fargo Bank, N.A., and this Court having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1. Debtor(s) Permanent Loan Modification with Creditor is approved as follows:
   a. The modified Unpaid Principal Balance: $92,000.00.
   b. The deferred Principal Balance: $7,746.74.
   c. The amount capitalized: $8,657.41.
   d. The modified maturity date of the Mortgage Loan is 12/01/2058.
   e. The modified Term (in months): 480.
   f. The interest rate on the Unpaid Principal Balance is 4.500%
   g. The Modified Principal and Interest Payment: $413.60

    h.     The modified monthly payment is first due on <u>January 1, 2019</u>.
    i.     Effective January 1, 2019, Debtor(s) ongoing class 4.1 mortgage payment shall be <u>$705.54 per month</u>, including Principal and Interest plus escrow amounts for property insurance and taxes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law. The escrow payments may be adjusted periodically in accordance with applicable law; therefore, the total monthly payment may change accordingly.
    j.     The property securing this mortgage is located at <u>601 Glenview Court, Pinconning, MI 48650</u>.

2. Upon the conclusion of Debtor's Chapter 13 case, whether by discharge, dismissal or otherwise, Debtor shall be responsible for making all future payments pursuant to the terms of the Mortgage Loan documents.

3. The Mortgage Loan shall be deemed contractually current as of January 1, 2019. The Chapter 13 Trustee shall not make further disbursements on any unpaid balance on Creditor's 4.1 post-petition mortgage payments or on Creditor's Class 4.2 pre-petition arrearage claim accruing prior to the date set in this Paragraph 4.

4. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtors and Creditor shall remain in full force and effect.

5. Creditor reserves the right not to be obligated by the Loan Modification Agreement in the event Debtor and/or the non-filing Co-Debtor fails to meet any of the requirements under the Agreement including but not limited to failing to make the required payments due as of the closing date of the Loan Modification Agreement.

6. The treatment of the claim of Creditor in Debtor's Chapter 13 Plan is modified as necessary to comply with the provisions of this Order, including but not limited to, the change in Creditor's Class 4.1 mortgage payment and suspension of disbursements on Creditor's Class 4.2 pre-petition arrearage claim. With respect to Creditor's

modified Class 4.1 mortgage payment, the payment method is unchanged and shall continue to be paid by the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that except as expressly modified herein, Debtor's plan shall remain in full force and effect.

**Signed on November 29, 2018**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge